**Order entered September 5, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00697-CV

## ROCKY V. EMERY, Appellant

## V.

## HILLTOP SECURITIES, INC., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03103**

## ORDER

Before the Court are Rocky V. Emery's August 20, 2018 unopposed motion to consolidate this appeal with appellate cause number 05-18-00950-CV and Hilltop Securities, Inc.'s August 30, 2018 unopposed motion to extend time to file its response brief.

This appeal challenges the trial court's order denying Emery's motion to compel arbitration. Emery has filed his brief, and Hilltop's brief is currently due. Appellate cause number 05-18-00950-CV challenges a subsequent order by the trial court temporarily enjoining Emery from proceeding with arbitration. As reflected in the clerk's record in that appeal, Hilltop sought the injunction after Emery informed Hilltop he would proceed with arbitration despite the order denying arbitration. The reporter's record in that appeal is due September 10, 2018.

Because the two appeals are related, we **GRANT** Emery's motion and **CONSOLIDATE** appellate cause number 05-18-00950-CV into this appeal. All future filings shall contain only this appeal's cause number.

In light of the consolidation, we **STRIKE** Emery's August 16, 2018 brief and **ORDER** him to file a brief addressing both the order denying arbitration and the order enjoining him from proceeding with arbitration **within twenty days** of the filing of the reporter's record. We **DENY** Hilltop's extension motion as premature.

We **DIRECT** the Clerk of the Court to send a copy of this order to Stephanie Moses, Official Court Reporter of the 193rd Judicial District Court, and counsel.

/s/    DAVID EVANS
         JUSTICE